United States District Court
District of Massachusetts

| | |
|---|---|
| James Dickey;<br><br>    Plaintiff,<br><br>    v.<br><br>City of Boston <u>et</u> <u>al.</u>,<br><br>    Defendants. | Civil Action No.<br>18-11190-NMG |

### ORDER

GORTON, J.

Upon consideration of plaintiff's emergency <u>ex</u> <u>parte</u> motion for temporary restraining order, plaintiff has failed to demonstrate that an emergency exists or that this motion need be filed <u>ex</u> <u>parte</u>. Accordingly, plaintiff's emergency motion for a temporary restraining order (Docket No. 2) is **DENIED**. Plaintiff may file a motion for injunctive relief, if any, on the public docket.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 18, 2018

-1-