UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | |
|---|---|
| JAMES DICKEY, | ) |
| Plaintiff, | ) CIVIL NO. 18-11190-NMG |
| v. | ) |
| CITY OF BOSTON, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT
STUART SCHRIER'S MOTION TO DISMISS**

Plaintiff James Dickey now seeks denial of the defendant Stuart Schrier's motion to dismiss, pursuant to Fed.R.Civ.P 12 (b) (1), 12 (b) (2) and 12 (b) (6), as the Complaint filed in the instant case states a claim upon which relief can be granted and as this Court has both subject matter jurisdiction and jurisdiction over defendant Stuart Schrier.

**Wherefore,** for the reasons stated in the corresponding memorandum of law, plaintiff James Dickey respectfully requests that defendant Stuart Schrier's motion to dismiss be denied.

Respectfully submitted,

By Pro Se Plaintiff,

/s/ James Dickey
James Dickey
8 NewBridge Road
Sudbury, MA 01776
(978) 443-2504

September 23, 2018

## VERIFICATION

I, James Dickey, do hereby dispose under the pains of penalties of perjury that I have read the foregoing motion and corresponding memorandum of law, and attest and that I believe that, to the best of my knowledge, the motion and corresponding memorandum of law are true and accurate.

September 23, 2018                                    _____
                                                                        James Dickey

## CERTIFICATE OF SERVICE

I, James Dickey, do hereby certify that this document was sent via U.S. Mail to all parties or to their attorney of record as of September 23, 2018.

September 23, 2018                                    _____
                                                                        James Dickey