**General Docket**
**United States Court of Appeals for the First Circuit**

**Court of Appeals Docket #:** 18-1298     **Docketed:** 04/09/2018
**Nature of Suit:** 3440 Other Civil Rights
City of Boston Inspectional v. Dickey
**Appeal From:** District of Massachusetts, Boston
**Fee Status:** filing fee paid

**Case Type Information:**
  **1)** civil
  **2)** private
  **3)** civil rights

**Originating Court Information:**
  **District:** 0101-1 : 1:18-cv-10143-RGS     **Lead:** 1:18-cv-10143-RGS
  **Trial Judge:** Patti B. Saris, U.S. District Judge
  **Ordering Judge:** Richard G. Stearns, U.S. District Judge
  **Trial Judge:** Jennifer C. Boal
  **Date Filed:** 01/25/2018

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/27/2018 | 03/27/2018 | 04/06/2018 | 04/06/2018 |

**Prior Cases:**

| | | | |
|---|---|---|---|
| 09-2280 | **Date Filed:** 09/24/2009 | **Date Disposed:** 03/01/2010 | **Disposition:** Affirmed |
| 10-2144 | **Date Filed:** 09/28/2010 | **Date Disposed:** 07/01/2011 | **Disposition:** Affirmed |
| 16-1585 | **Date Filed:** 05/23/2016 | **Date Disposed:** 07/26/2016 | **Disposition:** Defaulted |
| 16-1799 | **Date Filed:** 06/20/2016 | **Date Disposed:** 07/12/2016 | **Disposition:** Denied |
| 16-1962 | **Date Filed:** 07/20/2016 | **Date Disposed:** 09/28/2016 | **Disposition:** Defaulted |
| 17-1094 | **Date Filed:** 01/19/2017 | **Date Disposed:** 08/14/2017 | **Disposition:** Affirmed |

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| CITY OF BOSTON INSPECTIONAL SERVICES DEPARTMENT<br>Plaintiff - Appellee | Edward Coburn<br>Direct: 617-961-3465<br>Fax: 617-635-5385<br>[NTC Government - Other]<br>City of Boston Inspectional Services Department<br>4th Flr, Legal Division<br>1010 Massachusetts Ave<br>Boston, MA 02118<br><br>Sammy Nabulsi<br>Direct: 617-635-4064<br>[NTC Government - Other]<br>City of Boston Law Department<br>1 City Hall Square<br>Rm 615<br>Boston, MA 02201-0000 |

v.

| | |
|---|---|
| JAMES DICKEY<br>Defendant - Appellant | James Dickey<br>Direct: 978-443-2504<br>[NTC Pro Se]<br>8 Newbridge Road<br>Sudbury, MA 01776 |
| EAST FOURTH STREET, LLC<br>Defendant | East Fourth Street, LLC<br>[NTC Noticing]<br>c/o James Dickey<br>8 Newbridge Road<br>Sudbury, MA 01776 |


CITY OF BOSTON INSPECTIONAL SERVICES DEPARTMENT

Plaintiff - Appellee

v.

JAMES DICKEY

Defendant - Appellant

EAST FOURTH STREET, LLC

Defendant

| Date | File | Description |
|---|---|---|
| 04/09/2018 | 15 pg, 373.26 KB | CIVIL CASE docketed. Notice of appeal (doc. #23) filed by Appellant James Dickey. [18-1298] (CP) [Entered: 04/09/2018 11:35 AM] |
| 04/23/2018 | 4 pg, 264.83 KB | DOCKETING statement filed by Appellant James Dickey. Certificate of service dated 04/23/18.. [18-1298]. CLERK'S NOTE: Docket entry was edited to modify the docket text. (CP) [Entered: 04/23/2018 02:55 PM] |
| 04/23/2018 | 2 pg, 284.75 KB | TRANSCRIPT report/order form filed by Appellant James Dickey indicating transcripts are not necessary for this appeal. Certificate of service dated 04/23/2018. [18-1298] (CP) [Entered: 04/23/2018 02:57 PM] |
| 05/01/2018 | 87 pg, 3.25 MB | EMERGENCY MOTION to stay District Court's March 27, 2018 order remanding case to Eastern Division of the Housing Court filed by Appellant James Dickey. Certificate of service dated 05/01/2018. [18-1298] (CP) [Entered: 05/01/2018 11:41 AM] |
| 05/01/2018 | 2 pg, 62.73 KB | NOTICE issued. After 05/15/2018, the following attorney will no longer receive notice of court issued documents in this case unless they register for an appellate ECF account: Edward Coburn for City of Boston Inspectional Services Department. [18-1298] (CP) [Entered: 05/01/2018 01:04 PM] |
| 05/21/2018 | 1 pg, 82.94 KB | ORDER entered by Juan R. Torruella, Appellate Judge; William J. Kayatta, Jr., Appellate Judge and David J. Barron, Appellate Judge denying emergency motion to stay district court's remand of this case to the state court filed by Appellant James Dickey. [18-1298] (CP) [Entered: 05/21/2018 01:59 PM] |
| 05/21/2018 | 8 pg, 237.15 KB | BRIEFING schedule set. Brief due 07/02/2018 for appellant James Dickey. Appendix due 07/02/2018 for appellant James Dickey. Pursuant to F.R.A.P. 31(a), appellee's brief will be due 30 days following service of appellant's brief and appellant's reply brief will be due 14 days following service of appellee's brief. [18-1298] (CP) [Entered: 05/21/2018 02:47 PM] |
| 07/02/2018 | 17 pg, 2.07 MB | APPELLANT'S BRIEF filed by Appellant James Dickey. Number of copies: 10. Certificate of service dated 07/02/2018. Brief due 08/06/2018 for APPELLEE City of Boston Inspectional Services Department. [18-1298] (AMM) [Entered: 07/02/2018 04:05 PM] |
| 07/02/2018 |  | APPENDIX filed by Appellant James Dickey. Number of volumes: 1. Number of copies: 5. Certificate of service dated 07/02/2018. [18-1298] (AMM) [Entered: 07/02/2018 04:08 PM] |
| 08/01/2018 | 14 pg, 47.38 KB | MOTION for summary disposition filed by Appellee City of Boston Inspectional Services Department. Certificate of service dated 08/01/2018. [18-1298] (SN) [Entered: 08/01/2018 10:14 AM] |
| 08/01/2018 | 3 pg, 28.58 KB | MOTION to stay *Briefing Until Appellee City of Boston Inspectional Services Department's Motion for Summary Disposition is Decided* filed by Appellee City of Boston Inspectional Services Department. Certificate of service dated 08/01/2018. [18-1298] (SN) [Entered: 08/01/2018 10:16 AM] |
| 08/13/2018 | 20 pg, 698.17 KB | RESPONSE in opposition filed by Appellant James Dickey to motion for summary disposition [6187523-2]. Certificate of service dated 08/12/2018. [18-1298] (CP) [Entered: 08/14/2018 01:26 PM] |
| 08/15/2018 | 1 pg, 21.34 KB | ORDER: Appellee's unopposed motion to stay briefing pending the court's decision on the motion for summary disposition is granted. [18-1298] (CP) [Entered: 08/15/2018 02:40 PM] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☐ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | |||
|---|---|---|---|
| Transaction Receipt | |||
| 09/26/2018 14:51:40 | |||
| **PACER Login:** | cb03841234KG | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 18-1298 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |