## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## * EMERGENCY MOTION *

| | | |
|---|---|---|
| JAMES DICKEY,<br>      Plaintiff | ) | CIVIL ACTION NO.   18 cv 11190-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BOSTON, through the<br>      INSPECTIONAL SERVICES<br>      DEPARTMENT, | ) | |
| | ) | |
| EDWARD COBURN, in his official<br>      capacity as lawyer for the City<br>      of Boston, | ) | |
| | ) | |
| MARIA THEOPHILIS, in her official<br>      capacity as judge for the Housing<br>      Court, | ) | |
| | ) | |
| MARYLOU MUIRHEAD, in her<br>      official capacity as judge for<br>      the Housing Court, | ) | |
| | ) | |
| JEFFREY WINIK, in his official<br>      capacity as judge for<br>      the Housing Court, | ) | |
| | ) | |
| MARTIN WALSH, in his official<br>      capacity as Mayor of the<br>      City of Boston, | ) | |
| | ) | |
| WILLIAM CHRISTOPHER, in his<br>      official capacity as Commissioner<br>      of the Inspectional Services<br>      Department of the City of Boston, | ) | |
| | ) | |
| STUART SCHRIER, in his official<br>      capacity as Receiver, | ) | |
| | ) | |
|       Defendants. | ) | |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Now come the plaintiff James Dickey ("Plaintiff") and brings this Motion pursuant to Federal Rules of Civil Procedure 65 and moves this Honorable Court for a Temporary Restraining Order or Preliminary Injunction to immediately stay the receivership for the real property located at 97 Mount Ida Road, Dorchester, Massachusetts (the "Property").

## A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION IS WARRANTED AS THE UNDERLINING COMPLAINT SEEKS TO DETERMINE WHETHER THE ACTIONS OF THE DEFENDANTS VIOLATE THE FAIR HOUSING ACT.

The essence of the Plaintiff's argument is that the receivership action in the Boston Housing Court is a sham, and that the actions of the defendants Stuart Schrier, Jeffrey Winik, Marylou Muirhead, Edward Coburn, Martin Walsh, and William Christopher violate rights under the Fair Housing Act, as amended, 42 U.S.C. § 3617 et seq.  The underlining verified complaint filed in the instant case seeks to determine whether the receivership currently in place on the Property violates the Fair Housing Act.

**Wherefore**, the Plaintiff requests an oral hearing and move this Honorable Court for an Order:

1. That Defendants City of Boston ("City of Boston"), Edward Coburn, Jeffrey Winik, Marylou Muirhead, Maria Theophilis, William Christopher,  Martin Walsh and Stuart Schrier, their agents, servants, attorneys, and auctioneers be forthwith temporarily restrained and preliminarily enjoined from seizing the real property located at 97 Mount Ida Road, Dorchester, Massachusetts, until such time as to allow the underlying complaint to be tried.

2. That all the Defendant, their agents, servants, attorneys, and auctioneers be forthwith temporarily restrained and preliminarily enjoined from any action in regards to the plaintiff's real property located at 97 Mount Ida, Dorchester, Massachusetts, until such time as to allow the underlying complaint to be tried.

3. That this Court grant such other and further relief as it may deem just and proper.

Respectfully submitted,

James Dickey
8 NewBridge Road
Sudbury, MA 01776
(978) 443-2504

October 3, 2018

**VERIFICATION**

I, James Dickey, do hereby dispose under the pains of penalties of perjury that I have read the foregoing motion and corresponding memorandum of law and attest and that I believe that, to the best of my knowledge, the complaint is true and accurate.

October 3, 2018

James Dickey

3

## CERTIFICATE OF SERVICE

I, James Dickey, do hereby certify that on October 3, 2018, I served a true copy of the foregoing by email and U.S. Mail upon;

Attorney Katherine Galle
Law Department, Room 615
City of Boston,
One City Hall Square
Boston, MA  02201
katherine.galle@boston.gov

Attorney for:
   City of Boston
   Martin Walsh
   Christopher Williams
   Edward Coburn

Attorney Dennis N. D'Angelo
Attorney General's Office
18th Floor
One Ashburton Place
Boston, MA  02108
dennis.dangelo@massmail.state.ma.us

Attorney for:
   Jeffrey Winik
   Marylou Muirhead
   Maria Theophilis

Attorney Stuart Schrier
1005 Dorchester Avenue
Dorchester, MA  02125
schrieresq@aol.com

October 3, 2018

_____
James Dickey

9