```
                    United States District Court
                      District of Massachusetts
```

|  |  |
|---|---|
| **James Dickey,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 18-11190-NMG |
| **City of Boston et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**GORTON, J.**

Upon consideration of plaintiff's emergency <u>ex</u> <u>parte</u> motion for temporary restraining order, plaintiff has failed to demonstrate that an emergency exists or that this motion needs to be considered <u>ex</u> <u>parte</u>.  Accordingly, the motion (Docket No. 39) is **DENIED**.  Plaintiff may file a motion for a preliminary injunction, and give defendants notice thereof, only after plaintiff has exhausted his state remedies.

**So ordered.**

                              /s/ Nathaniel M. Gorton
                              Nathaniel M. Gorton
                              United States District Judge

Dated October 18, 2018