**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>James Dickey</u>
   Plaintiff

   V.

<u>City of Boston et al</u>
   Defendant

CIVIL ACTION

NO. 18-cv-11190-NMG

**<u>ORDER OF DISMISSAL</u>**

<u>Gorton, D. J.</u>

   In accordance with the Court's Memorandum and Order dated <u>09/17/2019</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

   By the Court,

<u>09/18/2019</u>
Date

   /s/ Leonardo T. Vieira
Deputy Clerk