# United States Court of Appeals
## For the First Circuit

No. 19-2045

JAMES DICKEY

Plaintiff - Appellant

v.

CITY OF BOSTON, through the Inspectional Services Department; EDWARD COBURN, in his official capacity as lawyer for the City of Boston; MARIA THEOPHILIS, in her official capacity as judge for Housing Court; MARYLOU MUIRHEAD, in her official capacity as judge for the Housing Court; JEFFREY WINIK, in his official capacity as judge for the Housing Court; MARTIN WALSH, in his official capacity as Mayor of the City of Boston; WILLIAM CHRISTOPHER, in his official capacity as Commissioner of the Inspectional Services Department of the City of Boston; STUART SCHRIER, in his official capacity as Receiver

Defendants - Appellees

**MANDATE**

Entered: January 21, 2021

     In accordance with the judgment of December 31, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dennis N. D'Angelo
James Dickey
Katherine Nowland Galle
Erika Paula Reis
Stuart T. Schrier